FILED

2012 NOV 28 AM 11:38

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

BRUCE M. ROCK and
ELIZABETH P. ROCK,

Plaintiffs,

CASE NO.: 3:12-cv-1293-J-99mmH-JRK

-vs-

DIVERSIFIED CONSULTANTS, INC.,
VITAL RECOVERY SERVICES, INC., and
CONVERGENT OUTSOURCING, INC.,

Defendants.
_____/

## COMPLAINT

1. The Plaintiffs, BRUCE M. ROCK and ELIZABETH P. ROCK, by and through the undersigned counsel, sue the Defendants, DIVERSIFIED CONSULTANTS, INC.("DIVERSIFIED"), VITAL RECOVERY SERVICES, INC.("VITAL RECOVERY"), and CONVERGENT OUTSOURCING, INC.(" CONVERGENT"), and in support thereof respectfully alleges the following:

2. Plaintiffs allege violation of the Fair Debt Collection Act, 15 U.S.C.§ 1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

3. This is an action for damages exceeding Fifteen Thousand Dollars ($15,000.00) exclusive of attorney's fees and costs.

4. Jurisdiction and venue for purposes of this action are appropriate and conferred by 15 U.S.C. § 1692 K(d).

5. Venue is proper in this District because the acts and transactions and the alleged violations described herein occurred in Flagler County, Florida.

1

## FACTS COMMON TO ALL COUNTS

6. Plaintiffs are natural persons and citizens of the State of Florida, residing in Flagler County, Florida.

7. Plaintiffs are "consumers" as defined in 15 U.S.C. § 1692(a)(3).

8. Defendant, DIVERSIFIED, is a corporation and citizen of the State of Florida with its principal place of business located at 10550 Deerwood Park Blvd, Suite 309, Jacksonville, Florida.

9. Defendant, VITAL RECOVERY, is a corporation and citizen of the State of Georgia with its principal place of business located at 3795 Data Drive, Suite 200, Norcross, Georgia.

10. Defendant, CONVERGENT, is a corporation and citizen of the State of Washington with its principal place of business located at 800 SW 39th Street, Renton, Washington.

11. Defendants are "debt collectors" as defined by 15 U.S.C §1692(a)(6). Defendants sought to collect a debt from Plaintiffs that arose from a transaction incurred for personal, family or household purposes and therefore is a "consumer debt."

12. The debt that is the subject matter of this complaint is a "consumer debt" as defined by 15 U.S.C. §1692(a)(4).

13. Defendants intentionally harassed and abused Plaintiffs on numerous occasions by calling Plaintiffs' residential telephone number, (386) 597-6877, several times during one day, and on back to back days, with such frequency as can reasonably be expected to harass, all in an effort to collect the subject debt.

14. Some, or all, of the calls the Defendants made to the Plaintiffs was made using an "automatic telephone dialing system" which has the capacity to store or produce telephone

numbers to be called, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1).

15. Each call the Defendants made to the Plaintiffs' residential telephone number was done so without the "express permission" of the Plaintiffs.

16. In approximately November, 2011, Plaintiffs began receiving prerecorded automated calls from Defendants, DIVERSIFIED, VITAL RECOVERY and CONVERGENT, harassed Plaintiffs by their agents and representatives including attempting to collect on a debt by calling Plaintiffs repeatedly and leaving an artificial voice in prerecorded messages for "Janelle Cruz" without Plaintiffs' expressed consent and despite Plaintiffs repeatedly advising each of the Defendants' representatives and agents that the number they were calling was not "Janelle Cruz's" number and that they had no knowledge of that person.

17. Despite informing each Defendant that they were not the person Defendants were attempting to contact, the automated calls from Defendants to Plaintiffs' residential phone continued approximately two to three times a day. Defendants have, or should be in possession and/or control of call logs and/or account notes that detail the exact number of calls made to Plaintiff over the relevant time period.

18. The Defendants have corporate policies to use an automatic telephone dialing system or a pre-recorded or artificial voice, just as they did to the Plaintiffs' residential telephone in this case, with no way for the consumer, or the Defendant, to remove the incorrect number.

19. Despite actual knowledge of their wrongdoing, the Defendants continued their campaign of abuse.

20. Defendants' corporate policies are structured as to continue to call individuals like the Plaintiffs, despite these individuals explaining to the Defendants that they are the wrong party.

21. Defendants' corporate policies provided no means for the Plaintiffs to have their number removed from their call lists.

22. Defendants have corporate policies to harass and abuse individuals and set up their call-back systems in a manner which makes it virtually impossible for the automated calls to stop.

23. Defendants have harassed and abused the Plaintiffs in an effort to collect the subject debt, by knowingly employing methods that did not permit the cessation of calls to Plaintiffs.

24. Defendants' refusal to remove the Plaintiffs' phone number from their calling lists and dialing systems, which included automated telephone dialing system calls and/or artificial prerecorded voice messages, being left two to three times a day, has caused the Plaintiffs' lives to be disrupted by the repeated phone calls and has caused Plaintiffs stress and frustration in trying to rectify Defendants' conduct and errors to no avail.

25. Defendants' calls and refusals to stop calling were attempts to collect the alleged debt from Plaintiffs by harassment.

26. Due to Defendants' constant calls and demands for payment, Plaintiffs suffered actual damages in the form of emotional distress, anxiety, fear, worry, embarrassment and mental suffering, pain and anguish and loss of the capacity to enjoy life.

27. Plaintiffs' statutory and actual damages in the form of emotional distress, anxiety, fear, worry, embarrassment and mental suffering, pain and anguish and loss of the capacity to enjoy life pursuant to Federal Statute 15 U.S.C. § 1692 have continued and are continuing as of the filing of this complaint.

28. All conditions precedent to the filing of this action have occurred.

## CAUSES OF ACTION

### COUNT I

**(Violation of the Fair Debt Collection Practices Act "FDCPA" DIVERSIFIED CONSULTANTS, INC.)**

Plaintiff re-alleges paragraphs one (1) through twenty-eight (28) above and further states:

29. The foregoing acts and omissions of the Defendant, DIVERSIFIED CONSULTANTS, INC., and its agents constitute numerous and multiple violations of the FDCPA including, but not limited to, the following provisions of the FDCPA, 15 U.S.C. § 1693 et seq., with respect to Plaintiffs:

   (a) The Defendant violatd 15 U.S.C. § 1692f by using unfair or unconscionable means to collect or attempt to collect the alleged debt;

   (b) The Defendant violated 15 U.S.C. § 1692(d) by conduct, the natural consequence of which is to harass, oppress, or abuse any person;

   (c) The Defendant violated 15 U.S.C. § 1692(d)(5) by causing Plaintiffs' phone to ring repeatedly.

WHEREFORE, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

### COUNT II

**(Violation of the Fair Debt Collection Practices Act "FDCPA" VITAL RECOVERY SERVICES, INC.)**

Plaintiff re-alleges paragraphs one (1) through twenty-eight (28) above and further states:

30. The foregoing acts and omissions of the Defendant, VITAL RECOVERY SERVICES, INC., and its agents constitute numerous and multiple violations of the FDCPA including, but not limited to, the following provisions of the FDCPA, 15 U.S.C. § 1693 et seq., with respect to Plaintiffs:

> (a) The Defendant violatd 15 U.S.C. § 1692f by using unfair or unconscionable means to collect or attempt to collect the alleged debt;
>
> (b) The Defendant violated 15 U.S.C. § 1692(d) by conduct, the natural consequence of which is to harass, oppress, or abuse any person;
>
> (c) The Defendant violated 15 U.S.C. § 1692(d)(5) by causing Plaintiffs' phone to ring repeatedly.

WHEREFORE, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT III

### (Violation of the Fair Debt Collection Practices Act "FDCPA" CONVERGENT OUTSOURCING, INC.)

Plaintiff re-alleges paragraphs one (1) through twenty-eight (28) above and further states:

31. The foregoing acts and omissions of the Defendant, CONVERGENT OUTSOURCING, INC., and its agents constitute numerous and multiple violations of the FDCPA including, but not limited to, the following provisions of the FDCPA, 15 U.S.C. § 1693 et seq., with respect to Plaintiffs:

(a) The Defendant violatd 15 U.S.C. § 1692f by using unfair or unconscionable means to collect or attempt to collect the alleged debt;

(b) The Defendant violated 15 U.S.C. § 1692(d) by conduct, the natural consequence of which is to harass, oppress, or abuse any person;

(c) The Defendant violated 15 U.S.C. § 1692(d)(5) by causing Plaintiffs' phone to ring repeatedly.

WHEREFORE, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

_____
Michael J. Vitoria, Esquire
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 0135534
MVitoria@forthepeople.com
AFloyd@forthepeople.com
KReynolds@forthepeople.com
Attorney for Plaintiff