IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

BRUCE M. ROCK and
ELIZABETH P. ROCK,

Plaintiffs,

CASE NO.: 3:12-CV-1293-J-99MMH-JRK

-vs-

DIVERSIFIED CONSULTANTS, INC.,
VITAL RECOVERY SERVICES, INC., and
CONVERGENT OUTSOURCING, INC.,

Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Bruce M. Rock and Elizabeth P. Rock, and Convergent Outsourcing, Inc., file this joint stipulation of dismissal with prejudice and state that the Plaintiffs, Bruce M. Rock and Elizabeth P. Rock, dismisses all claims against Defendant, Convergent Outsourcing, Inc., only with prejudice. Each party is to bear its own fees and costs. The case was resolved via mutually agreeable settlement, and the parties are hereby directed to comply with the terms of their settlement agreement.

| | |
|---|---|
| Barbara Fernandez, Esquire | Michael J. Vitoria, Esquire |
| Florida Bar No.: 049376 7 | Florida Bar No.: 0135534 |
| Hinshaw & Culbertson, LLP | Morgan and Morgan, P.A. |
| 2525 Ponce de Leon Blvd., 4th Floor | 201 North Franklin Street, 7th Floor |
| Coral Gables, FL 33134 | Tampa, FL 33602 |
| Tel: (305) 358-7747 | Tel: (813) 223-5505 |
| Fax: (305) 577-1063 | Fax: (813) 223-5402 |
| Email: bfernandez@hinshawlaw.com | Email: mvitoria@forthepeople.com |
| Attorney for Defendant Convergent Outsourcing, Inc. | Attorney for Plaintiff |