**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRUCE M. ROCK and
ELIZABETH P. ROCK,

                         Plaintiffs,

vs.                                    Case No.  3:12-cv-1293-J-99MMH-JRK

DIVERSIFIED CONSULTANTS, INC.,
VITAL RECOVERY SERVICES, INC.,
and CONVERGENT OUTSOURCING,
INC.,

                         Defendants.
_____

**ORDER OF DISMISSAL**

      This matter is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 20; Stipulation) filed on April 17, 2013.  In the Stipulation, Plaintiffs and Defendant Convergent Outsourcing, Inc. request dismissal, with prejudice, of the claims raised against this Defendant.  See Stipulation at 1.  Accordingly, it is hereby

      **ORDERED**:

      1.     The claims raised against Defendant Convergent Outsourcing, Inc. are **DISMISSED with prejudice**.

      2.     Each party shall bear its own fees and costs.

      3.     The Clerk of the Court is directed to terminate Defendant Convergent Outsourcing, Inc. from the Court docket.

4.      On or before **May 10, 2013**, Plaintiffs shall file a notice advising the Court of the status of this matter with regard to Defendants Diversified Consultants, Inc. and Vital Recovery Services, Inc.

**DONE AND ORDERED** in Jacksonville, Florida, this 18th day of April, 2013.

**MARCIA MORALES HOWARD**
United States District Judge

em

Copies to:

Counsel of Record