IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

BRUCE M. ROCK and
ELIZABETH P. ROCK,

Plaintiffs,

CASE NO.: 3:12-CV-1293-J-99MMH-JRK

-vs-

DIVERSIFIED CONSULTANTS, INC.,
VITAL RECOVERY SERVICES, INC., and
CONVERGENT OUTSOURCING, INC.,

Defendants.
_____/

## PLAINTIFF'S NOTICE OF CASE STATUS

In accordance with the Court's [Doc. 21] Order of Dismissal of Defendant, Convergent Outsourcing, Inc., dated April 18, 2013, requesting status of the remaining Defendants, Plaintiff advises that Plaintiff and Defendant, Vital Recovery Services, Inc., have reached a settlement and are in the process of finalizing their agreement. Plaintiff's claims against Defendant, Diversified Consultants, Inc. remain unresolved and in litigation.

/s/ Michael J. Vitoria
Michael J. Vitoria, Esquire
Florida Bar #: 0135534
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
mvitoria@ForThePeople.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

Ernest H. Kohlmyer, III, Esq.
Urban, Thier, Federer and Chinnery, P.A.
200 South Orange Avenue, Suite 2000
Orlando, FL  32801

_____
Michael J. Vitoria, Esquire