**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BRUCE M. ROCK and
ELIZABETH P. ROCK,

                Plaintiffs,

vs.                              Case No.  3:12-cv-1293-J-99MMH-JRK

DIVERSIFIED CONSULTANTS, INC.,
and VITAL RECOVERY SERVICES, INC.,

                Defendants.
_____

**ORDER OF DISMISSAL**

This matter is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 23; Stipulation) filed on May 28, 2013.  In the Stipulation, Plaintiffs and Defendant Vital Recovery Services, Inc. request dismissal, with prejudice, of the claims raised against this Defendant.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED**:

1.      The claims raised against Defendant Vital Recovery Services, Inc. are **DISMISSED with prejudice**.

2.      Each party shall bear its own fees and costs.

3.      The Clerk of the Court is directed to terminate Defendant Vital Recovery Services, Inc. from the Court docket.

4.      On or before **June 26, 2013**, Plaintiffs shall file a notice advising the Court of the status of this matter with regard to Defendant Diversified Consultants, Inc.

**DONE AND ORDERED** in Jacksonville, Florida, this 30th day of May, 2013.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

em

Copies to:

Counsel of Record