UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRUCE M. ROCK and ELIZABETH P. ROCK,

Plaintiffs,

Case No.: 3:12-cv-1293-J-99MH-JRK

v.

DIVERSIFIED CONSULTANTS, INC., VITAL RECOVERY SERVICES, INC., and CONVERGENT OUTSOURCING, INC.,

Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, BRUCE M. ROCK and ELIZABETH P. ROCK and Defendant, DIVERSIFIED CONSULTANTS, INC., by and through their undersigned counsel, and would represent to the Court that this matter has been amicably resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

Dated: 8/9, 2013

/s/ _____
Michael Vitoria    FBN: 0135534
Morgan & Morgan, P.A.
One Tampa City Center
201 North Franklin Street, 13th Floor
Tampa, FL 33602
Tel. 248-642-6268
Attorneys for Plaintiff

Dated: 7/24, 2013

/s/ Ernest H. Kohlmyer, III
ERNEST H. KOHLMYER, III   FBN: 0110108
Urban, Thier, Federer & Chinnery, P.A.
200 South Orange Ave., Suite 2000
Orlando, FL 32801
Tel. 407-245-8352
Attorneys for Defendants