**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BRUCE M. ROCK and ELIZABETH
P. ROCK,

        Plaintiffs,

v.                                    Case No.  3:12-cv-1293-J-99MMH-JRK

DIVERSIFIED CONSULTANTS, INC.,

        Defendant.
_____

**ORDER OF DISMISSAL**

This matter is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 28; Stipulation) filed on August 9, 2013.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear their own attorney fees and costs.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 13th day of August, 2013.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record